IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: ORDER ESTABLISHING THE
2025/2026 HOLIDAY SCHEDULE

Miscellaneous No: 1:25-MC-38

### ORDER

All offices will be closed on Thursday, November 27, 2025, Thursday, December 25, 2025, and Thursday, January 1, 2026, which are Federal holidays.

In addition, the Clerk's Office and United States Probation Office will also be closed on Friday, November 28, 2025, Wednesday, December 24, 2025, Friday, December 26, 2025, and Wednesday, December 31, 2025. Each district judge and magistrate judge may adopt any schedule he or she desires regarding the working schedule of his or her chambers' staff during these dates.

The Court **DIRECTS** the Clerk to transmit copies of this Order to the Chief United States Probation Officer, the United States Bankruptcy Court, the United States Marshals Service, the Federal Public Defenders Office, the United States Attorney's Office, and to the General Services Administration.

**DATED:** September 16, 2025

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA